# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 12cr0571-BTM |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ELISEO MEZA-CORNEJO [1], | |
| Defendant. | |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

    8 USC 1326 - DEPORTED ALIEN FOUND IN THE UNITED STATES

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 7, 2012

Barry Ted Moskowitz
U.S. District Judge